UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 25  PM 3: 01

DENNIS RODRIGUEZ
_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

S. Blanding  DIN # 21A1360.
Departmen of corrections
Sing Sing correctional facility
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: How I was serasly Injured and nothing happend

II. **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

DENNIS     S     RODRFGUEZ
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

16A0904

Current Place of Detention

upstate correctional facility
Institutional Address

P.O. Box 2001     MALONE, New York     12953
County, City     State     Zip Code

III. **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| S | Blanding | 21A1360 |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 2:

First Name    Last Name    Shield #

Sing Sing Correctional facility

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 3:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 4:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Sing Sing correctional facility

Date(s) of occurrence: 6/23/22

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Ok I was in Sing Sing correctional A-Block yard at approx 7:00 pm on June 23, 2022 I was in the bathroom taking out a ciggerit to roll up when I was strucked from behind by inmate S. Blanding Din # 21A1360 that caused me to hit my head on the toilet then floor the he cut me on the side of my face with a white cutting object over my left temple. and I cant hear to well out my right ear. I reported the incerdent the next day but the department of corrections wouldn't give me the proper treatment Im really hurt and catching real bad headates I need help and also they also took picturse of the slashing on my face.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have a slashing on my left temple loss of hearing on my right ear and a cracked skull.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like two ask for 2. million dollars for my damages I'm going to have for life.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8/16/22
Dated

Dennis Rodriguez
Plaintiff's Signature

DENNIS       S       RODRIGUEZ
First Name   Middle Initial   Last Name

Prison Address
upstate correctional facility  p.o. Box 2001  malone, New York  12953
County, City                    State                            Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 8/17/22

Page 6

UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Dennis Rodriguez   DIN: 16A0904

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 25 PM 2:01

Daniel Patrick united states courthouse
500 PEARL St
New York, NY 10007

Upstate
Correctional Facility

neopost
08/19/2022
US POSTAGE $000.45⁰
ZIP 12953
041L11251145

LEGAL MAIL