UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS RODRIGUEZ,<br><br>                      Plaintiff,<br><br>      -against-<br><br>S. BLANDING, ET AL,<br><br>                     Defendants. | 22-CV-7288 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 5, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 5, 2022
             New York, New York

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                             Chief United States District Judge